UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

DYNAMIC DRINKWARE LLC,

    Appellant,

  v.                                      Case No. 13-C-0465

NATIONAL GRAPHICS INC.,

    Appellee.

---

ORDER GRANTING MOTION TO DISMISS AND DISMISSING APPEAL

Upon the Stipulation and Motion of the Parties pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure,

IT IS ORDERED that the motion is granted and this appeal is dismissed.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2013.

                                                        BY THE COURT

                                                        /s/ C.N. Clevert, Jr.
                                                        C.N. CLEVERT, JR.
                                                        U.S. DISTRICT JUDGE